IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL DICKERSON,

        Plaintiff,                  No. CIV S-08-1325 EFB

    vs.

SOLANO COUNTY POLICE
DEPARTMENT FAIRFIELD, et al.,

        Defendants.            ORDER
_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

       Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted the required trust account statement.

////

////

1

Accordingly, plaintiff has 30 days from the date this order is served to submit the required trust account statement. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner. Failure to comply with this order may result in this action being dismissed.

So ordered.

DATED: March 5, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE