IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL DICKERSON,

      Plaintiff,                    No. CIV S-08-1325 EFB P

      vs.

SOLANO COUNTY POLICE
DEPARTMENT FAIRFIELD, et al.,

      Defendants.              ORDER

                                  /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This case is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

      On March 6, 2009, the court ordered plaintiff to file a certified trust account statement for his application to proceed in forma pauperis within 30 days and warned him that failure to do so could result in dismissal.[1]

      The 30-day period has expired and plaintiff has not filed the required trust account statement or otherwise responded to that order.

////

---

[1] Although it appears from the file that plaintiff's copy of the March 6, 2009 order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

1    It therefore is ORDERED that this action is dismissed without prejudice.

2    Dated: April 22, 2009.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE